IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-4015-CV-C-NKL |
| ) | |
| 2006 SPECIALTY MOTORCYCLE ) | |
| ) | |
| Defendant, ) | |
| ) | |

## **CLAIM**

COMES NOW Petitioner, Patrick John Kehoe, and hereby presents a claim of ownership for the 2006 Specialty Motorcycle, Asset ID 06-DEA-471501, Vehicle Identification Number of 1A9HS74A82A329183.

1. The aforementioned 2006 Specialty Motorcycle was seized from Rodney Keith Rodebaugh in 2006.
2. The owner of the motorcycle in the possession of Rodney Keith Rodebaugh was Patrick John Kehoe.
3. In 2003, Patrick John Kehoe contracted with Rodney Keith Rodebaugh in order to create the 2006 Specialty Motorcycle in controversy at this time.
4. Patrick John Kehoe paid good and valuable consideration for the creation and licensing of the 2006 Specialty Motorcycle.
5. The seizure of this motorcycle is essentially a seizure from Patrick John Kehoe who is not involved in any way, shape or form with the case against Rodney Keith Rodebaugh.

WHEREFORE, Petitioner respectfully requests that the above-identified 2006 Specialty Motorcycle be returned to Patrick John Kehoe and for other and such further orders as the Court deems appropriate.

430735

1

Patrick John Kehoe states that the foregoing is made under oath or affirmation and that its Representations are true and correct to the best of his knowledge and belief, subject to the penalties of perjury and other penalties of making a false affidavit or declaration on this 28th day of February, 2007.

Respectfully submitted,

*[signature]*
PATRICK JOHN KEHOE
415 Woodcliff Manor Road
St. Charles, Missouri 63303-6234

STATE OF MISSOURI )
) SS
COUNTY OF ST. LOUIS )

## VERIFICATION

PATRICK JOHN KEHOE, being first duly sworn on his oath, deposes and states that he is the Claimant in the above-captioned case and that the facts contained in the Claim are true and correct according to the best of his knowledge, information and belief.

*[signature]*
PATRICK JOHN KEHOE

Subscribed and sworn to before me, a Notary Public, on this __28th__ day of __February__, 2007.

*[signature]*
NOTARY PUBLIC

My Commission Expires:

THOMAS E. BRAWLEY
Notary Public - Notary Seal
State of Missouri
County of St. Charles
My Commission Exp. 09/29/2007

430735

2