IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 07-4015-CV-C-NKL |
| 2006 SPECIALTY MOTORCYCLE, | ) |
| Defendant. | ) |

## ORDER

On January 8, 2007, a verified Complaint for Forfeiture in Rem was filed on behalf of the plaintiff, United States of America, against the defendant property, a 2006 Specialty Motorcycle. The complaint alleges that the defendant 2006 Specialty Motorcycle was purchased with the proceeds of illegal drug trafficking in violation of 21 U.S.C. § 881(a)(4). The United States and claimant Patrick Kehoe entered into a Stipulation settling the claim of Patrick Kehoe. The claimant Patrick Kehoe agrees to pay the United States $5,000.00 to be forfeited in lieu of the defendant 2006 Speciality Motorcycle. The United States agrees to return the 2006 Speciality Motorcycle to Patrick Kehoe upon receipt of the $5,000.00. The United States received the $5,000.00 on January 16, 2008.

Process was fully issued in this action and returned according to law. Pursuant to a warrant for arrest of property issued by this Court, the United States Marshal for the Western District of Missouri arrested the defendant 2006 Specialty Motorcycle on February 15, 2007.

Notice of the seizure and the requirements for filing a claim for the defendant property was properly published for three consecutive weeks on March 1, 2007, March 8, 2007, and March 15, 2007, in the News Tribune, a newspaper of general circulation published in Cole

County, Missouri. An affidavit of Publication is on file with the Court.

The Stipulation entered into by the United States and Patrick Kehoe is hereby APPROVED as submitted. No other claims for the defendant property have been filed and the time within which such claims must have been filed has expired. Therefore, it is hereby

ORDERED, ADJUDGED AND DECREED:

(1) Plaintiff's motion for judgment of forfeiture is granted and the $5,000.00 paid to the United States by Patrick Kehoe in exchange for the defendant 2006 Specialty Motorcycle is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4) to be disposed of according to law;

(2) that all persons claiming any right, title or interest in or to the defendant property are held in default;

(3) that all claims and interests in the defendant property are forever foreclosed and barred;

(4) Plaintiff's motion for judgment of forfeiture is granted, and the $5,000.00 in United States currency is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(4) to be disposed of according to law; and

(5) The Clerk of the Court shall enter a judgment consistent with this order.

SO ORDERED, this 19th day of February, 2008.

    s/ NANETTE K. LAUGHREY
    NANETTE K. LAUGHREY
    United States District Judge